**UNSEALED**

\* 4/22/14
\*\* 4/28/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2014

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-14-502** |
| \*\* ROGELIO GUERRERO | § | |
| Also known as "BARROTES" | § | |
| Also known as "CANAS" | § | |
| Also known as "CANOSO" | § | |
| \* FRANCISCO JAVIER CORREA | § | |
| Also known as "PANCHO" | § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about September 1, 2011 and continuing up to and including the date of the return of the indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

ROGELIO GUERRERO
Also known as "BARROTES"
Also known as "CANAS"
Also known as "CANOSO"
and
FRANCISCO JAVIER CORREA
Also known as "PANCHO"

did knowingly and intentionally conspire and agree together with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## Count Two

On or about December 28, 2011, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**ROGELIO GUERRERO**
Also known as "BARROTES"
Also known as "CANAS"
Also known as "CANOSO"
and
**FRANCISCO JAVIER CORREA**
Also known as "PANCHO"

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 389.5 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY